# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1333
Lower Tribunal No. 2020-CF-001639-A-O

_____

KAYLAN DORION VEGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Renee A. Roche, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Natalie R. Gossett, Special Assistant Public Defender, Daytona Beach, for Appellant.

Kaylan Dorion Vega, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED